UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TROY M. HILL,

    Plaintiff,

v.                                                                                  Case No: 5:24-cv-717-WFJ-PRL

WARDEN, FCC COLEMAN - USP II,

    Defendant.
_____

## ORDER

Plaintiff, an inmate of the Bureau of Prisons, is proceeding *pro se*. Plaintiff initiated this case by filing a "Request for Injunctive Relief," in which he complains about a transfer and the conditions of his new cell and alleges a lack of medical treatment. *Id*.

Plaintiff is advised that the Court requires the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983 (against state or local officials), or *Bivens*[1] or federal law (federal officials or entities). *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Plaintiff has not filed a complaint, nor has he

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971)

provided the Court with all of the information required by the civil rights complaint form.

Accordingly, it is **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a Civil Rights Complaint form, instructions, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Tampa, Florida, on January 6, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Plaintiff, *pro se*